UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SWAROVSKI DIGITAL BUSINESS USA, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:22-cv-00064<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice:

Dated: May 24, 2022　　　　　　　　*/s/ Lawrence H. Fisher*

　　　　　　　　　　　　　　　　　　Lawrence H. Fisher
　　　　　　　　　　　　　　　　　　Pa. No. 67667
　　　　　　　　　　　　　　　　　　One Oxford Centre
　　　　　　　　　　　　　　　　　　301 Grant Street, Suite 270
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Tel. (412) 577-4040
　　　　　　　　　　　　　　　　　　lawfirst@lawrencefisher.com